# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | MO:22-CR-49 |
| AGHORN OPERATING, INC., § | |
| TRENT DAY, and § | |
| KODIAK ROUSTABOUT, INC. § | |

## ORDER GRANTING REQUEST FOR BRIEFING SCHEDULE

BEFORE THE COURT is Defendants' Opposed Motion for Production of Defendants' Statements under Fed. R. Crim. P. 16(a)(1) and Agreed Request for Briefing Schedule. (Doc. 54). The Court **GRANTS** the Agreed Request for Briefing Schedule. The Government must file a response to Defendants' motion by **Monday, September 11, 2023**. If Defendants elect to file a reply, they must file their reply by **Friday, September 15, 2023**. The Court will set a hearing to consider the opposed motion. An order setting the hearing will follow by separate order.

It is so **ORDERED**.

SIGNED this 30th day of August, 2023.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE