IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **v.** | § § | **MO:22-CR-00049-DC** |
| **AGHORN OPERATING, INC., TRENT DAY, and KODIAK ROUSTABOUT, INC.** | § § § § | |

## ORDER GRANTING EXTENSION OF DEADLINES

Defendants moved unopposed for an extension on briefing deadlines related to three separate motions.[1] Some of those deadlines have now passed and the final reply deadlines are quickly approaching. The Government met its November 27, 2023, deadline as agreed to by the parties.[2] Likewise Defendants have filed their replies as of December 11, 2023.[3] The Court therefore **GRANTS** the requested briefing extension.[4]

It is so **ORDERED**.

**SIGNED** this 12th day of December, 2023.

_[signature]_
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 68. (Seeking extension for briefing responses and replies on ECF Nos. 65, 66, and 67).
[2] *See* ECF Nos. 69, 70, and 71.
[3] *See* ECF Nos. 72 and 73. Aghorn and Day posed challenges that differ from Kodiak— Aghorn and Day challenged Counts 1, 2, 8 and 9 in its motion for relief from duplicity, while Kodiak joined to challenge only Counts 8 and 9. ECF No. 66. Aghorn moved on its own for relief from multiplicity as to Counts 3, 4, and 5. ECF No. 65. Defendants' replies reflect their individual positions.
[4] ECF No. 68.